■ LIBERTY MUTUAL INSURANCE COMPANY, Petitioner, v JAMES P. MELTON, as Commissioner of the Department of Motor Vehicles, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination, made after a hearing, that petitioner had knowingly issued a false and misleading estimate, and imposed a $100 fine. Determination confirmed and proceeding dismissed on the merits, with costs. No opinion. Lazer, J. P., Mangano, O'Connor and Brown, JJ., concur.